THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM W. ASTOR, Appellant, *v.* WILLIAM D. DICKEY et al., as Commissioners et al., Respondents.

*People ex rel. Astor* v. *Dickey,* 150 App. Div. ——, affirmed. (Argued May 1, 1912; decided May 21, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 9, 1912, which dismissed a writ of certiorari and affirmed the proceedings of the defendant commissioners in awarding damages to relator arising from the change in grade of certain streets.

*Barclay E. V. McCarty, Jared G. Baldwin, Jr.,* and *John M. Harrington* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Charles J. Nehrbas* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.